United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE DON WORK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUMBOLDT COUNTY CORRECTIONAL FACILITY, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-00102-HSG<br><br>**ORDER OF DISMISSAL** |

　　Plaintiff, a detainee, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. On February 14, 2024, the Court dismissed the complaint with leave to amend for failure to link the named defendants to any of the specified actions or inactions, and for failure to state a claim. Dkt. No. 8. The Court ordered Plaintiff to file an amended complaint by March 14, 2024, or face dismissal of this action for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). *Id.*

　　On March 25, 2024, the Court granted Plaintiff an extension of time to April 12, 2024 to file the amended complaint. Dkt. No. 10. On March 29, 2024, the Court mailed Plaintiff a courtesy copy of the February 14, 2024 Order, along with the March 25, 2024 Order.

　　On April 4, 2024, the March 25, 2024 Order was returned to the Court as undeliverable, with the notation that Plaintiff was no longer at the jail. Dkt. No. 11. On April 15, 2024, the courtesy copy of the Court's February 14, 2024 Order, sent on March 29, 2024, was returned to the Court as undeliverable, with the notation that Plaintiff was no longer at the jail. Dkt. No. 12.

　　N.D. Cal. Civil L.R. 3-11 provides that the Court may, without prejudice, dismiss a complaint when: (1) court mail addressed to the *pro se* party has been returned to the court as not deliverable, and (2) the Court fails to receive within 60 days of this return a written communication from the *pro se* party indicating a current address. *See* N.D. Cal. Civil L.R. 3-

11(b). More than sixty days has passed since court mail addressed to Plaintiff was returned as undeliverable. Accordingly, the instant action is DISMISSED without prejudice pursuant to N.D. Cal. Civil L.R. 3-11. Because the dismissal is without prejudice, Plaintiff may move to reopen this action. Any motion to reopen this action must be accompanied by an amended complaint that addresses the deficiencies identified in the February 14, 2024 Order dismissing the complaint with leave to amend, and explain why Plaintiff failed to comply with N.D. Cal. Civil L.R. 3-11. The Clerk shall enter judgment in favor of Defendants and close the case.

**IT IS SO ORDERED.**

Dated: 7/3/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge